IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 MAY 12 PM 4: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 05-20164-B |
| ) | |
| TERESA FLEMING, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON GUILTY PLEA

This cause came on to be heard on April 27, 2005, the United States Attorney for this District, Vivian Donelson, appearing for the Government and the defendant, Teresa Fleming, appearing in person and with counsel, Lawrence Fitzgerald, representing the defendant.

With leave of the Court and through counsel, the defendant entered a plea of guilty to Counts 1 through 9 of the Information. Plea Colloquy was held and the Court accepted the guilty plea.

**SENTENCING** is hereby **SET** on **WEDNESDAY, AUGUST 3, 2005, at 1:30 p.m.,** in Courtroom No.1, on the 11th floor before Judge J. Daniel Breen.

The defendant is allowed to remain released on present bond.

**ENTERED** this the _12th_ day of _May_, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20164 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Larry E. Fitzgerald
FITZGERALD & HARRIS
22 N. Second Street
Ste. 410
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT